IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIAN ANTHONY GARZA,

    Plaintiff,

v.

M. REYES, et al.,

    Defendants.

No. C 15-00149 BLF (PR)

**ORDER GRANTING ADDITIONAL EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

    Plaintiff, a federal prisoner proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983. The Court's prior order granted Plaintiff an extension of time to May 22, 2015 to file his first amended complaint. The Court now grants Plaintiff an extension of time **to June 22, 2015** to file his amended complaint.

    The amended complaint must include the caption and civil case number used in this order (C 15-00149 BLF (PR)) and the words AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the original complaint, plaintiff must include in it all the claims he wishes to present, including claims that the Court has already found cognizable. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Claims not included in an amended complaint are no longer claims and defendants not named in an amended complaint are no longer defendants. *Id.* Plaintiff

Order Granting EOT
P:\PRO-SE\BLF\CR.15\00149Garza_am eot ac .wpd

may not incorporate material from the original complaint by reference. Failure to file an amended complaint by the deadline set forth above and in accordance with this order will result in a finding that further leave to amend would be futile, and the deficient claim will be dismissed.

Plaintiff may also choose to forgo filing an amended complaint and proceed solely on the claims which the Court has already found cognizable. If he wishes to proceed solely on the cognizable claims, he shall so inform the Court by June 22, 2015.

This order terminates Docket No. 20.

**IT IS SO ORDERED.**

DATED: May 29, 2015

BETH LABSON FREEMAN
United States District Judge